Steven E. Robertson
Richard L. Rainey
Kevin B. Collins
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
srobertson@cov.com
rrainey@cov.com
kcollins@cov.com
Tel: (202) 662-6000
Fax: (202) 662-6291

Stephen E. Noona
KAUFMAN & CANOLES, PC
150 W. Main Street, Suite 2100
Norfolk, VA 23510
senoona@kaufcan.com
Tel: (757) 624-3239
Fax: (757) 624-3169

*Attorneys for Plaintiff comScore, Inc.*

FILED

2011 MAR 22 P 2: 51

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| COMSCORE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:11CV290 LMB/TRJ |
| ) | |
| THE NIELSEN COMPANY (US), LLC. ) | |
| and NetRatings, LLC d/b/a Nielsen Online ) | **PLAINTIFF'S CORPORATE** |
| ) | **DISCLOSURE STATEMENT** |
| Defendants. ) | |

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff comScore, Inc. ("comScore") certifies in the above captioned action, are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public and that no publicly traded corporation owns more than 10% of its stock.

Dated:   March 22, 2011

By: *[signature]*
Steven E. Robertson (VSB No. 78984)
Kevin B. Collins
Richard L. Rainey
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
rrainey@cov.com
Tel: (202) 662-6000
Fax: (202) 662-6291

Stephen E. Noona
KAUFMAN & CANOLES, PC
150 W. Main Street, Suite 2100
Norfolk, VA  23510
senoona@kaufcan.com
Tel:  (757) 624-3239
Fax: (757) 624-3169

*Attorneys for Plaintiff comScore, Inc.*