**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| COMSCORE, INC., | |
| *Plaintiff*, | |
| v. | Civil Case No. 1:11-CV-290 LMB-TRJ |
| THE NIELSEN COMPANY (US), LLC and NETRATINGS, LLC d/b/a NIELSEN ONLINE, | |
| *Defendants*. | |

**PLAINTIFF COMSCORE, INC.'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff comScore, Inc. ("comScore") respectfully moves this Court for leave to amend its complaint.  The proposed amended complaint, attached hereto as Exhibit 1, adds four additional counts alleging that defendants indirectly infringe United States Patent No. 7,260,837; directly infringe United States Patent No. 7,930,285; and both directly and indirectly infringe United States Patent No. 7,894,154.  A proposed order granting the motion is attached hereto as Exhibit 2.  The grounds for this motion are set forth in the accompanying memorandum of law.  comScore provided Defendants The Nielsen Company (US), LLC and NetRatings, LLC ("Defendants") with a copy of the proposed First Amended Complaint and sought their consent to this motion.  As of the time of filing, Defendants have not yet informed comScore as to whether they consent.

Respectfully submitted,

Date: April 22, 2011

By:  /s/ Steven E. Robertson
    Lindsay B. Burke (VSB No. 72773)
    Richard L. Rainey (*pro hac vice*)
    Kevin B. Collins (*pro hac vice*)
    Brian Bieluch (*pro hac vice*)
    Steven E. Robertson (VSB No. 78984)
    COVINGTON & BURLING LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    lburke@cov.com
    rrainey@cov.com
    kcollins@cov.com
    bbieluch@cov.com
    srobertson@cov.com
    Tel: (202) 662-6000
    Fax: (202) 662-6291

    Stephen E. Noona (VSB No. 25367)
    KAUFMAN & CANOLES, P.C.
    150 W. Main Street, Suite 2100
    Norfolk, VA 23510
    senoona@kaufcan.com
    Tel: (757) 624-3239
    Fax: (757) 624-3169

    *Attorneys for Plaintiff comScore, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2011, I will electronically file the foregoing *Motion for Leave to Amend* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Walter D. Kelley, Jr.
> Tara Lynn R. Zurawski
> JONES DAY
> 51 Louisiana Avenue, NW
> Washington, DC 20001
> Tel: (202) 879-3939
> Fax: (202) 626-1700
> Email: wdkelley@jonesday.com
> Email: tzurawski@jonesday.com
>
> Tharan Gregory Lanier
> Joe C. Liu
> Heather Nicole Fugitt
> JONES DAY
> 1755 Embarcadero Road
> Palo Alto, CA 94303
> Tel: (650) 739-3939
> Fax: (650)739-3900
> Email: tglanier@jonesday.com
> Email: jcliu@jonesday.com
> Email: hfugitt@jonesday.com
>
> Steven J. Corr
> JONES DAY
> 555 South Flower Street, Fiftieth Floor
> Los Angeles, CA 90071-2300
> Tel: (213) 489-3939
> Fax: (213) 243-2539
> E-mail: sjcorr@jonesday.com

*Counsel for Defendants, The Nielsen Company (US), LLC and NetRatings, LLC*

/s/ Steven E. Robertson
_____
Steven E. Robertson (VSB No. 78984)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291
email: srobertson@cov.com

*Counsel for Plaintiff comScore, Inc.*