**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **COMSCORE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 1:11-CV-290-LMB/TRJ** |
| **v.** ) | |
| ) | |
| **THE NIELSEN COMPANY (US), LLC,** ) | |
| **and NETRATINGS, LLC** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS THE NIELSEN COMPANY (US), LLC'S AND NETRATINGS, LLC'S**
**MOTION TO TRANSFER TO THE NORFOLK DIVISION FOR ASSIGNMENT TO**
**THE HONORABLE MARK S. DAVIS**

Defendants The Nielsen Company (US), LLC and NetRatings, LLC ("Nielsen" or

"Defendants") respectfully move this Court to transfer this case ("the Alexandria Case")

pursuant to 28 U.S.C. §§1404(a) and (b) to the Norfolk Division of this District to permit

assignment to the Honorable Mark S. Davis.  Judge Davis is presiding over the first-filed and

related case entitled *The Nielsen Company (US), LLC  v. comScore, Inc.,* Case No. 2:11-cv-

00168-MSD/TEM ("the Norfolk Case").

As set forth in the accompanying Memorandum, this case should be transferred to the

Norfolk Division to permit assignment to Judge Davis because the Norfolk Case involves the

same parties and counsel, the assertion of various patents that, although none is asserted in both

cases, all relate to the same technology for monitoring and measuring online and computer

activity, and overlapping discovery (the parties have agreed to the cross-use of the documents in

both cases).  Transfer of this case to the Norfolk Division would serve the interests of justice

because it would allow for the consolidation of these related actions before the same judge,

providing for increased efficiency and judicial economy without prejudicing the parties.


Dated:  April 29, 2011                          Respectfully submitted,

                                                /s/ Walter D. Kelley, Jr.
                                                _____
                                                Walter D. Kelley, Jr. (VSB No. 21622)
                                                Tara Lynn R. Zurawski (VSB No. 73602)
                                                JONES DAY
                                                51 Louisiana Avenue, NW
                                                Washington, DC  20001
                                                Tel:    (202) 879-3939
                                                Fax:    (202) 626-1700
                                                Email: wdkelley@jonesday.com
                                                Email: tzurawski@jonesday.com

                                                *Of Counsel:*

                                                Tharan Gregory Lanier (*pro hac vice*)
                                                Joe C. Liu (*pro hac vice*)
                                                Heather N. Fugitt (*pro hac vice*)
                                                JONES DAY
                                                1755 Embarcadero Road
                                                Palo Alto, CA  94303
                                                Tel:    (650) 739-3939
                                                Fax:    (650) 739-3900
                                                Email: tglanier@jonesday.com
                                                Email: jcliu@jonesday.com
                                                Email: hfugitt@jonesday.com

                                                Steven J. Corr (*pro hac vice*)
                                                JONES DAY
                                                555 South Flower Street, Fiftieth Floor
                                                Los Angeles, CA  90071-2300
                                                Tel:    (213) 489-3939
                                                Fax:    (213) 243-2539
                                                Email: sjcorr@jonesday.com

                                                **Counsel for Defendants The Nielsen Company (US), LLC
                                                and NetRatings, LLC**

## CERTIFICATE OF SERVICE

I certify that on April 29, 2011, a copy of the foregoing was filed was filed electronically

with the Clerk of Court using the ECF system which will send notification to the following ECF

participants:

Stephen E. Noona
KAUFMAN & CANOLES, PC
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Email: senoona@kaufcan.com

Steven E. Robertson
Richard L. Rainey
Kevin B. Collins
Paul A. Ainsworth
Lindsay B. Burke
Brian C. Bieluch
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Email: srobertson@cov.com
Email: rrainey@cov.com
Email: kcollins@cov.com
Email: painsworth@cov.com
Email: lburke@cov.com
Email: bbieluch@cov.com

Dated: April 29, 2011

/s/ Walter D. Kelley, Jr.
_____
Walter D. Kelley, Jr. (VSB No. 21622)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: wdkelley@jonesday.com

*Counsel for Defendants The Nielsen Company
(US), LLC and NetRatings, LLC*

WAI-3004504v1