## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| COMSCORE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:11-CV-290-LMB/TRJ |
| THE NIELSEN COMPANY (US), LLC, and NETRATINGS, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS THE NIELSEN COMPANY (US), LLC'S
AND NETRATINGS, LLC'S SECOND AMENDED WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendants The Nielsen Company (US), LLC and NetRatings ("Nielsen"), by and through their counsel, respectfully submits the following amended witness list for trial. This witness list has been narrowed to reflect the Court's ruling on various pretrial motions and may be further amended upon the Court's ruling on summary judgment and other discovery ordered by the Court in connection with Nielsen's cross-motion for sanctions. All Nielsen fact or expert witnesses may be contacted only through counsel at Jones Day, 51 Louisiana Avenue, NW, Washington DC, 20001.

**I.    Defendants' Fact Or Expert Witnesses Expected To Be Called At Trial in Nielsen's Case-in-Chief**

| **Name** | **Company & Address** | **Purpose** |
|---|---|---|
| Burbank, John | The Nielsen Company (US), LLC 770 Broadway New York, NY 10003 | Fact |
| Goldberg, Benjamin | 200 Mercer Street, #2F New York, NY 10012 | Expert |

| **Name** | **Company & Address** | **Purpose** |
|---|---|---|
| Reed, Brett | Competition Economics LLC<br>150 South Los Robles, Suite 850<br>Pasadena, CA 9110 | Expert |
| Stackhouse, Herbert | The Nielsen Company (US), LLC<br>770 Broadway<br>New York, NY 10003 | Fact |

Nielsen reserves the right to not call any of the above-mentioned witnesses at trial in the interest of time, necessity or other factors that may arise before or during trial.  The order in which the witnesses are listed is not the order in which witnesses will be called at trial.  Nielsen and comScore have agreed to procedures for providing advance notice of the order of witnesses.

**II.     Nielsen Fact Witnesses To Be Offered By Deposition Testimony**

Nielsen expects to offer the following former Nielsen employee witnesses to testify by deposition, including deposition testimony as counter- or rebuttal-designations to deposition testimony offered by comScore.  A stipulation specifying the exchange of designations, counter-designations, and objections and the use of such testimony at trial has been submitted to the Court for approval.

| **Name** | **Company & Address** | **Purpose** |
|---|---|---|
| Osborne, David | Former employee of<br>The Nielsen Company (US), LLC<br>770 Broadway<br>New York, NY 10003 | Fact |
| Ramji, Shiven | Former employee of<br>The Nielsen Company (US), LLC<br>770 Broadway<br>New York, NY 10003 | Fact |

These designations are subject to comScore's identification of deposition testimony it will present at trial, as well as comScore's presentation of live witnesses at trial. To the extent comScore presents witness testimony by deposition, Nielsen reserves the right to concurrently present deposition testimony by such witness or witnesses.

### III.  Nielsen Fact Or Expert Witnesses That May Be Called At Trial, If The Need Arises

Nielsen reserves the right to call other witnesses, either live or by deposition or by previous trial testimony, for the purpose of impeachment, rebuttal, or any other purpose the law allows, and to call or examine witnesses identified by comScore.

Nielsen's witness list is based on evidence, including documents and testimony, that have been made available by comScore up to the date of this filing. To the extent comScore has withheld or otherwise failed to produce non-privileged, responsive documents, or deponents have refused to provide testimony regarding discoverable, non-privileged information, Nielsen reserves the right to call as witnesses individuals whose identity or relevance to the matters in dispute becomes apparent from any such late-provided information. Specifically, Nielsen reserves the right to call witnesses or play deposition testimony to rebut comScore's new position, outlined in its November 11, 2011 Motion to Modify Argument in its Motion in Limine No. 1 Regarding Marking for the '837 Patent (Dkt. 233), that it practices the '837 patent, and in connection with the Court's ruling on Nielsen's cross-motion for sanctions.

Dated:  November 20, 2011	Respectfully submitted,

*/s/ Walter D. Kelley, Jr.*
_____
Walter D. Kelley, Jr. (VSB No. 21622)
Tara Lynn R. Zurawski (VSB No. 73602)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
Tel:	(202) 879-3939
Fax:	(202) 626-1700
Email: wdkelley@jonesday.com
Email: tzurawski@jonesday.com

Tharan Gregory Lanier (*pro hac vice*)
Joe C. Liu (*pro hac vice*)
Heather N. Fugitt (*pro hac vice*)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tel:	(650) 739-3939
Fax:	(650) 739-3900
Email: tglanier@jonesday.com
Email: jcliu@jonesday.com
Email: hfugitt@jonesday.com

Steven J. Corr (*pro hac vice*)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071-2300
Tel:	(213) 489-3939
Fax:	(213) 243-2539
Email: sjcorr@jonesday.com

***Counsel for Defendants The Nielsen Company (US), LLC and NetRatings, LLC***

## **CERTIFICATE OF SERVICE**

I certify that on November 20, 2011, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system which will send notification to the following ECF participants:

Stephen E. Noona
KAUFMAN & CANOLES, PC
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Email: senoona@kaufcan.com

Paul A. Ainsworth
Erica N. Andersen
Brian C. Bieluch
Lindsay B. Burke
Kevin B. Collins
K. Courtney Macdonald
Courtney Forrest
Richard L. Rainey
Steven E. Robertson
Paul J. Wilson
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Email: painsworth@cov.com
Email: eandersen@cov.com
Email: bbieluch@cov.com
Email: lburke@cov.com
Email: kcollins@cov.com
Email: cmacdonald@cov.com
Email: cforrest@cov.com
Email: rrainey@cov.com
Email: srobertson@cov.com
Email: pwilson@cov.com

Dated: November 20, 2011

 */s/  Walter D. Kelley, Jr.*
Walter D. Kelley, Jr. (VSB No. 21622)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: wdkelley@jonesday.com

***Counsel for Defendants The Nielsen Company (US), LLC and NetRatings, LLC***